MICHAEL E. CARDOZA, ESQ. (SBN 52264)
JAI M. GOHEL (SBN 170782)
THE CARDOZA LAW OFFICES
1111 Civic Drive, Suite 320
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorney for Plaintiff:
MARK C. CURTIS

IN THE UNITED STATES DISTRICT COURT FOR

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. CURTIS, | Case No. **04-cv-01376-CW** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| TOASTMASTER, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41 (a). Plaintiff voluntarily dismisses the above-captioned action with prejudice, each side to bear their own costs and attorney's fees.

Dated: August 15, 2005                THE CARDOZA LAW OFFICES


By:_____/s/_____
   Jai M. Gohel, Esq.
   Attorney for Plaintiff,
   Mark C. Curtis

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS SO ORDERED:

Dated: 8/30/05

Hon. _____
United States Magistrate Judge



NOTICE OF VOLUNTARY DISMISSAL

2